No. 505. CHICAGO CHEESE AND FARM PRODUCTS CO. *v.* UNITED STATES. On petition for writ of certiorari to the Court of Claims. January 3, 1928. Dismissed on mo-

tion of *Mr. Robert N. Golding,* in behalf of *Mr. Willis D. Nance* and *Mr. Joseph B. Fleming,* for the petitioner. No appearance for the United States.